```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09143
   ARMANDO MARTINEZ
   ESTHER MARTINEZ                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5366      SSN XXX-XX-8802


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 05/18/07 .

   2. The case was dismissed without confirmation, 08/24/2007.

------------------------------------------------------------------------
                                                                     
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
DEUTSCHE BANK            CURRENT MORTG           .00         .00           .00
DEUTSCHE BANK            MORTGAGE ARRE   NOT FILED           .00           .00
PAY DAY LOAN STORE       SECURED VEHIC   NOT FILED           .00           .00
COUNTY OF LOS ANGELES    CHILD SUPPORT   NOT FILED           .00           .00
AT&T BANKRUPTCY          UNSECURED       NOT FILED           .00           .00
CAMPOS DISTRIBUTORS INC  UNSECURED       NOT FILED           .00           .00
CASTLE ORTHOPADIC        UNSECURED       NOT FILED           .00           .00
COMED                    UNSECURED       NOT FILED           .00           .00
CREDIT RECOVERY INC      UNSECURED       NOT FILED           .00           .00
ILLINOIS VALLEY ANESTHES UNSECURED       NOT FILED           .00           .00
NATIONAL COMMERCIAL RECO UNSECURED       NOT FILED           .00           .00
NEALIS & GARROW          UNSECURED       NOT FILED           .00           .00
NICOR GAS                UNSECURED       NOT FILED           .00           .00
REZIN ORTHOPEDIC CENTERS UNSECURED       NOT FILED           .00           .00
SBC AMERITECH CORP       UNSECURED       NOT FILED           .00           .00
SOUTHWEST AIRLINES C U   UNSECURED       NOT FILED           .00           .00
VALLEY WEST COMMUNITY HO UNSECURED       NOT FILED           .00           .00
VALLEY WEST COMMUNITY HO UNSECURED       NOT FILED           .00           .00
          Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00          .00          .00
PRINCIPAL PAID        .00         .00         .00          .00          .00
INTEREST PAID         .00         .00         .00          .00          .00
TOTAL PAID            .00         .00         .00          .00          .00
The Debtor's attorney, RUDDY MILROY & KING          , was allowed $   3500.00
and was paid $    440.00   direct and $      .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 11/16/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE